**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ROBERT A. HULL,**

    **Plaintiff,**

**vs.**                                                          **CASE NO. 1:08CV210-MP/AK**

**WILLIAM S. BAXTER, et al,**

    **Defendants.**

_____/

**O R D E R**

It has come to the Court's attention that a motion remains pending which should be addressed: Plaintiff's Motion to Demand for Relief. (Doc. 10). It was recommended on January 13, 2009, (doc. 13), that this cause be dismissed for failure to state a claim and objections are pending. The present motion makes a demand for relief (social security benefits) that is not at issue or otherwise presently before the Court. Consequently, the motion (doc. 10) should be **DENIED.**

    **DONE AND ORDERED** this  _1st_  day of July, 2009.


                                                 **s/ A. KORNBLUM**
                                                 **ALLAN KORNBLUM**
                                                 **UNITED STATES MAGISTRATE JUDGE**