IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT A HULL,

     Plaintiff,

v.                                             CASE NO. 1:08-cv-00210-MP-AK

GEORGE W BUSH,
CHARLIE CRIST, et al.,

     Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 13, Report and Recommendation of the

Magistrate Judge, recommending that the complaint in this case be dismissed as frivolous.  The

Plaintiff filed objections, Doc. 14, and a motion for appointment of counsel, Doc. 15.   Having

conducted a de novo review as required by law, the Court agrees with the Magistrate Judge that

the Amended Complaint is rambling, frivolous and fails to state a cause of action.  Thus, it

should be dismissed and counsel should not be appointed.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.     The complaint in this case is dismissed as frivolous pursuant to 28 U.S.C. §
1915(e)(2)(B)(i) and (ii).

3.     The motion for appointment of counsel, Doc. 15, is denied.

**DONE AND ORDERED** this _23rd_ day of September, 2009



        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge